| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name. First name, Middle initial) Folsom, David J | 2. Court or Organization U S Dist Ct., Eastern Texas | 3. Date of Report 6/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge--Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U. S. Courthouse & Post Office 500 State Line Ave., Rm 309 Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Texarkana Animal Shelter Board |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 30 P 12: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE - | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Empire Electric Company |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 6/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hibernia National Bank--checking account | A | Interest | J | T | | | | | |
| 2. Hibernia National Bank--checking account | A | Interest | J | T | | | | | |
| 3. Century Bank--checking account | | None | J | T | | | | | |
| 4. Century Bank--checking account | A | Interest | K | T | | 6/15 | | | New account opened |
| 5. | | | | | | | | | |
| 6. Hibrenia Corporation stock | C | Dividend | M | T | | | | | |
| 7. | | | | | | | | | |
| 8. MERRILL LYNCH (Securities Account) No. 2 | | | | | | | | | |
| 9. ML Cash Account | A | Dividend | J | T | | | | | |
| 10. BMC Software Inc. | | None | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Ohio National Financial Services Annuity | C | Interest | L | T | | | | | |
| 13. | | | | | | | | | |
| 14. Ohio National Financial Services Annuity | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. SEP/INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 17. Ohio National Financial Svc Co Annuity(SEP/IRA) | D | Interest | M | T | | | | | |
| 18. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 6/29/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 20. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 21. AIM Constellation Fund | A | Dividend | K | T | | | | | |
| 22. Federated Communication Tech Fund | A | Dividend | J | T | | | | | |
| 23. Federated Kaufmann Fund Cl A | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 26. ML Cash account | A | Dividend | K | T | | | | | |
| 27. PMC Sierra Inc | | None | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Floyd Capital Management-- TD Waterhouse (SEP/IRA): #7 | | | | | | | | | |
| 30. American Aadvantage Funds (formerly TD Waterhouse MM | A | Interest | | | | | | | |
| 31. Advisors Inner Circle Fund | A | Dividend | | | Sell | 4/28 | K | D | |
| 32. Aegis Value Fund | A | Dividend | | | Sell | 4/29 | K | A | |
| 33. Bridgeway Fund--Ultra Small Co | A | Dividend | | | Sell | 5/7 | K | D | |
| 34. Burnham Invs Trust--Financial Services | A | Dividend | | | Sell | 4/16 | J | C | |
| 35. Century Cap Mgmt Trust--Small Cap | A | Dividend | | | Sell | 4/30 | K | A | |
| 36. FBR Family of Funds--Small Cap | A | Dividend | | | Sell | 5/10 | J | C | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 6/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. First Eagle Overseas Fund | A | Dividend | | | Sell | 4/29 | K | C | |
| 38. Perritt Micro Cap Opportunities Fund | A | Dividend | | | Sell | 5/6 | K | C | |
| 39. AIM Fund Group--Intl Small Co Fund Cl A | A | Dividend | K | T | Buy | 11/17 | K | | |
| 40. Artisan Funds Inc--Mid Cap Value Fds | A | Dividend | K | T | Buy | 9/8 | K | | |
| 41. CRM Mid Cap Value Fund | A | Dividend | K | T | Buy | 11/5 | K | | |
| 42. Dodge & Cox Funds--Intl Stock Fund | A | Dividend | J | T | Buy | 10/28 | K | | |
| 43. FBR Funds--Small Cap | A | Dividend | K | T | Buy | 8/15 | K | | |
| 44. Goldman Sachs Mid Cap Value Fd--Cl A | A | Dividend | K | T | Buy | 11/10 | K | | |
| 45. Harris Insight Funds Tr--Small Cap Value Fund | A | Dividend | K | T | Buy | 12/16 | K | | |
| 46. Third Avenue Value Fund Inc | A | Dividend | K | T | Buy | 11/4 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Folsom, David J | 6/29/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Folsom, David J | 6/29/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Folsom, David J | 6/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date Jue 29, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**CHAMBERS OF**
**DAVID FOLSOM**
**US DISTRICT JUDGE**

**TELEPHONE**
**(903) 794-4067**

September 9, 2005

The Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N. E.
Washington, DC 20544

### RE: Amendment--Year 2004 Financial Disclosure Report

Dear Judge Lisi:

In response to your letter to me dated August 29, 2005, I am enclosing three corrected copies of Part VII, Page 2, Line 30 of my 2004 Financial Disclosure Report.

My accountant inadvertently omitted the following information on line 30, "American Advantage Funds (formerly TD Waterhouse MM" relating to Value Code column C (1) of "K" and Value Method, column C (2) of "T" from my original report.

Please accept the attached three copies of Part VII, Page 2, Line 30 as an amendment to my original 2004 Financial Disclosure Report.

I apologize for the inconvenience. If you need additional information, please contact me.

Yours very truly,



David Folsom

DJF/pc

cc: Mr. Gene Cogbill, CPA

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 6/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 20. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 21. AIM Constellation Fund | A | Dividend | K | T | | | | | |
| 22. Federated Communication Tech Fund | A | Dividend | J | T | | | | | |
| 23. Federated Kaufmann Fund Cl A | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 26. ML Cash account | A | Dividend | K | T | | | | | |
| 27. PMC Sierra Inc | | None | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Floyd Capital Management-- TD Waterhouse (SEP/IRA): #7 | | | | | | | | | |
| 30. American Aadvantage Funds (formerly TD Waterhouse MM | A | Interest | K | T | | | | | |
| 31. Advisors Inner Circle Fund | A | Dividend | | | Sell | 4/28 | K | D | |
| 32. Aegis Value Fund | A | Dividend | | | Sell | 4/29 | K | A | |
| 33. Bridgeway Fund--Ultra Small Co | A | Dividend | | | Sell | 5/7 | K | D | |
| 34. Burnham Invs Trust--Financial Services | A | Dividend | | | Sell | 4/16 | J | C | |
| 35. Century Cap Mgmt Trust--Small Cap | A | Dividend | | | Sell | 4/30 | K | A | |
| 36. FBR Family of Funds--Small Cap | A | Dividend | | | Sell | 5/10 | J | C | |

RECEIVED SEP 9 11 06 AM '05 DISCLOSURE FINANCIAL OFFICE

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)  U = Book Value    V = Other    W = Estimated